UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TAYLOR,<br><br>        Petitioner,<br><br>  v.<br><br>TIM V. VIRGA, Warden,<br><br>        Respondent. | No. CV 13-4394-DOC (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 15, 2013

                                              DAVID O. CARTER
                                        United States District Judge